UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVAUGHN COTTMAN<br>1443 Fairmont Street NW #E43<br>Washington, D.C. 20009<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Serve Attorney General of the United States<br>Loretta Lynch<br>Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, D.C. 20530<br><br>Serve U.S. Attorney for the District fo Columbia<br>Channing D. Phillips<br>555 4th Street NW<br>Washington, D.C. 20530<br><br>Serve Federal Tort Claims Act Section<br>Tort Branch, Civil Division<br>U.S. Department of Justice<br>1331 Pennsylvanie Avenue NW<br>National Place Building<br>Suite 800 North<br>Washington, D.C. 20004<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.: _____ |

# COMPLAINT & JURY DEMAND UNDER
# THE FEDERAL TORT CLAIMS ACT

### INTRODUCTION

    1.    This is an action by Plaintiff MELVAUGHN COTTMAN against Defendant THE UNITED STATES OF AMERICA ("Defendant" or "United States") under the Federal Tort Claims Act, 28 U.S.C. § 2671 and 28 U.S.C. § 1346 (b)(1), for personal injuries and damages sustained by the Plaintiff as the result of a motor vehicle

1

collision with the United States Postal Service ("USPS") that occurred on January 8, 2014.

2. The claims herein are brought against the United States pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2671 and 28 U.S.C. § 1346 (b)(1), for money damages and compensation for personal injuries caused by the United States' negligence.

3. Plaintiff has fully complied with the provisions of 28 U.S.C. § 2675 of the Federal Tort Claims Act.

4. This action has been timely filed, because Plaintiff timely served notice of this claim on the United States Department of Homeland Security less than two years after the accident that gives rise to this litigation.

5. Plaintiff brings this action pursuant to 28 U.S.C. § 2675(a) since the USPS had this claim for over six months and has not settled; and Plaintiff has exhausted all administrative remedies.

## PARTIES

6. Plaintiff was a resident and citizen of the District of Columbia at all times material to the issues in this case.

7. Defendant United States (through the USPS) operates motor vehicles upon public roadways in performing its administrative duties. Further, at all times relevant to the allegations in this Complaint, the USPS (including its directors, officers, operators, administrators, employees, agents, and staff) was an agent of or acting on behalf of the United States. As such, the United States is responsible for the negligent acts of its employees and agents under *respondeat superior*.

## JURISDICTION

8. Jurisdiction is proper in this Court pursuant 28 U.S.C. § 1346(b)(1) and § 2671.

9. The collision that forms the basis of this Complaint occurred in the District of Columbia, and venue in the District of Columbia is proper as to all parties.

## FACTS

10. On or around January 8, 2014, Plaintiff was operating a motor vehicle at or near the intersection of 19th Street and Q Street in the southeast neighborhood of Washington, D.C. At the same time and place, the United States, through its agents, was operating a motor vehicle. Then, suddenly and without warning, the United States reversed from an alley, entered the roadway, and struck the Plaintiff's motor vehicle causing the personal injuries and other harms described herein.

## COUNT ONE: NEGLIGENCE

11. Plaintiff re-alleges, adopts, and incorporates herein by reference as a part of this Count all of the averments of paragraphs 1 through 10 hereinabove as fully and completely as if the same were set forth verbatim herein.

12. On information and belief, the aforesaid collision was the direct and proximate result of the negligence of the United States by: operating a motor vehicle in a careless and negligent manner; failing to slow or stop the vehicle it was operating to avoid a collision; failing to maintain adequate control of the vehicle it was operating; failing to keep a proper lookout; failing to pay full time and attention; failing to yield the right-of-way; entering Plaintiff's lane of travel; failing to warn Plaintiff of the imminent collision; failing to warn pedestrians and motorists before entering the roadway; operating a motor vehicle so as to create a dangerous situation for motorists; and

otherwise operating a motor vehicle in a careless, reckless, and negligent manner.

13. As a direct and proximate result of United States' negligence, Plaintiff has sustained multiple personal injuries.

14. As a direct and proximate result of the collision and the negligence and carelessness of the United States, Plaintiff has undergone and in the future will undergo severe physical pain, mental anguish, discomfort, inconvenience, distress, embarrassment and humiliation.

15. As a direct and proximate result of the aforesaid collision and the negligence and carelessness of the United States, Plaintiff has and will into the future incur expenses for medical treatment, medical assistance, surgery, and rehabilitation.

16. As a direct and proximate result of the aforesaid collision and the negligence and carelessness of the United States, Plaintiff has sustained property damage and lost wages.

WHEREFORE, Plaintiff MELVAUGHN COTTMAN demands judgment against Defendant THE UNITED STATES OF AMERICA in the amount of ($500,000.00) Five Hundred Thousand Dollars, together with the award for interest, costs, and any such relief that this Court may deem proper.

**A JURY TRIAL IS HEREBY DEMANDED ON ALL COUNTS**

                                 **MELVAUGHN COTTMAN**
                                 By Counsel

                                 */s/ Harry S. Max*

                                 Harry S. Max (# 1021553)
                                 SLOCUMB LAW FIRM, LLC
                                 777 6th Street NW, Suite 200
                                 Washington, D.C. 20001
                                 Tel. No.  (202) 304-1493
                                 Fax No.  (202) 304-1483
                                 *Attorney for Plaintiff*